\*\*E-filed 12/8/06\*\*

1  JERRY Y. FONG, ESQ. (SBN 99673)
   CAREY & CAREY
2  706 COWPER STREET
   P.O. BOX 1040
3  PALO ALTO, CA  94302-1040
   650/328-5510
4  650/853-3632 fax

5  Attorneys for Petitioner
   EDDIE M. VARGAS, SR.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE M. VARGAS, SR., | NO.   C-03-2930 JF (PR) |
| Petitioner, | STIPULATION RE CONTINUANCE OF STATUS CONFERENCE AND [proposed] ORDER THEREON |
| vs. | |
| MIKE KNOWLES, Warden, | |
| Respondent. | |

IT IS HEREBY STIPULATED, by and between JERRY Y. FONG, ESQ., counsel for Petitioner EDDIE M. VARGAS, SR., and JOHN R. VANCE, JR., ESQ., counsel for Respondent, MIKE KNOWES, that the status conference currently scheduled for Friday, December 15, 2006, be continued to Friday, January 12, 2007, at 10:30 am, due to an unavoidable calendar conflict of counsel for Petitioner.

DATED:  December 5, 2006          CAREY & CAREY


                                  _____/s/_____
                                  JERRY Y. FONG, Attorneys for
                                  Petitioner EDDIE M. VARGAS, SR.


DATED:    12/5      , 2006        OFFICE OF THE ATTORNEY GENERAL


                                  _____/s/_____
                                  JOHN R. VANCE, JR.

1
STIPULATION RE CONTINUANCE OF STATUS CONFERENCE

## ORDER

GOOD CAUSE APPEARING THEREFORE, it is hereby ordered that the date currently set for a status conference of December 15, 2006 be vacated, and that a status conference be set for Friday, January 12, 2007, at 10:30 am.

DATED: 12/8, 2006

HON. JEREMY FOGEL
U.S. DISTRICT COURT JUDGE