**E-filed 5/4/07**

JERRY Y. FONG, ESQ. (SBN 99673)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA  94302-1040
650/328-5510
650/853-3632 fax

Attorneys for Petitioner EDDIE VARGAS, SR.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDDIE VARGAS, SR., ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> MIKE KNOWLES, Warden, ) <br> ) <br> Respondent. ) <br> _____ ) | CASE NO.   C-03-2930 JF (PR) <br><br> STIPULATION TO REQUEST AN EXTENSION OF TIME FOR PETITIONER TO FILE BRIEF TO TRAVERSE GOVERNMENT'S RESPONSE/ANSWER TO PETITION & [~~PROPOSED~~] ORDER RE SAME. |

Pursuant to the representation and request of Attorney Jerry Fong (counsel for Petitioner Eddie Vargas, Sr.), the parties, through their respective counsel, hereby stipulate to request an extension of time for Petitioner to file his brief to traverse the Government's response/answer.  Currently, the brief to traverse is due on May 15, 2007.  The parties stipulate to request that the date to file be moved to July 18, 2007.   The reason for the stipulation and the need to extend the time for Petitioner to file the brief to traverse is based on the following representation of Attorney Fong:

Attorney Fong's paralegal was hospitalized late last week, and he has just learned that she will stay in the hospital until this weekend.  After her release from the hospital, she will take a significant period of time off from work to recover.  At the present time, it is not known if she will return to her present position as a paralegal.   Mr. Fong's paralegal has

1  been in charge of building, accessing, using, and operating the electronic database which
2  contains Mr. Fong's only version of the court record (to date, more than 20,000 pages) of this
3  Petition, as well providing the summaries of the record.  Mr. Fong is not presently able to
4  access the record without his paralegal's assistance and, accordingly, cannot finish the brief
5  without access to the record.  Mr. Fong intends to hire a new paralegal if his present
6  paralegal is not able to return to her position.

7  Attorney John Vance, counsel for the Government-Respondent, will be on vacation
8  between June 15, 2007 to July 15, 2007.   Accordingly, the parties request that the Court
9  grant the stipulated request and extend the time for Petitioner to file his brief to traverse to
10 July 18, 2007.

13 DATED: _____
   JERRY Y. FONG, for Petitioner EDDIE VARGAS

16 DATED: _____
17 JOHN VANCE, for Respondent MIKE KNOWLES

### ORDER

Pursuant to the stipulation and good cause appearing herein, it is hereby ordered that the time for Petitioner to file his brief to traverse shall be extended to July 18, 2007.  It is so ordered.

25 DATED:  5/4/07                    _____
                                    JUDGE OF THE DISTRICT COURT
26                                  JEREMY FOGEL