1  JERRY Y. FONG, ESQ. (SBN 99673)
   CAREY & CAREY
2  706 COWPER STREET
   P.O. BOX 1040
3  PALO ALTO, CA  94302-1040
   650/328-5510
4  650/853-3632 fax

5  Attorneys for Petitioner
   EDDIE M. VARGAS, SR.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE M. VARGAS, SR., | NO.   C-03-2930 JF (PR) |
| Petitioner, | STIPULATION RE EXTENSION OF TIME TO FILE REPLY BRIEF |
| vs. | AND [proposed] ORDER THEREON |
| MIKE KNOWLES, Warden, | |
| Respondent. | |

IT IS HEREBY STIPULATED, by and between JERRY Y. FONG, ESQ., counsel for Petitioner EDDIE M. VARGAS, SR., and GREGORY A. OTT, ESQ., counsel for Respondent, MIKE KNOWLES, that Petitioner's Reply Brief to the government's Opposition to Motion to Stay Federal Habeas Proceedings (set for hearing on September 26, 2008, at 9:00 am), currently due to be filed on Friday, September 12, be served and filed on Tuesday, September 16.  Petitioner's counsel has been tied up on the writing of an appellate opening brief in another case, and needs the extra time to devote to the writing of the Reply Brief.

DATED: September 9, 2008            CAREY & CAREY

                                    /s/
                                    ―――――――――――――――――――
                                    JERRY Y. FONG, Attorneys for
                                    Petitioner EDDIE M. VARGAS, SR.

DATED: __9/9__, 2008          OFFICE OF THE ATTORNEY GENERAL

                                                      /s/
                                          GREGORY A. OTT

### ORDER

GOOD CAUSE APPEARING THEREFORE, it is hereby ordered that the date currently set for Petitioner's counsel to file the Reply Brief be extended to September 16, 2008.

DATED: __9/10__, 2008

HON. JEREMY FOGEL
U.S. DISTRICT COURT JUDGE