JERRY Y. FONG, ESQ. (SBN 99673)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA  94302-1040
650/328-5510
650/853-3632 fax

**E-Filed 9/22/08**

Attorneys for Petitioner EDDIE VARGAS, SR.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDDIE VARGAS, SR., ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> MIKE KNOWLES, Warden, ) <br> ) <br> Respondent. ) <br> _____) | CASE NO.   C-03-2930 JF (PR) <br><br> STIPULATION OF THE PARTIES TO CONTINUE THE HEARING OF PETITIONER'S MOTION FOR A STAY OF THE FEDERAL HABEAS PROCEEDING, PURSUANT TO LOCAL RULE 7-7 (b)(1) & ORDER [PROPOSED] RE SAME. <br><br> Date:   September 26, 2008 <br> Time:   9:00 a.m. <br> Judge:  Hon. Jeremy Fogel |

Pursuant to Local Civil Rules 7-7 (b)(1) and 6-1 (a), the parties (Petitioner Eddie Vargas and Respondent Mike Knowles), through their respective attorney, hereby stipulate to a continuance of the hearing of Petitioner's Motion To Stay Federal Habeas Proceeding, currently set on September 26, 2008, at 9:00 a.m., before the Honorable Jeremy Fogel, Judge of the United States District Court, for the Northern District of California.

The parties hereby stipulate that, with the Court's permission, the hearing shall be continued from September 26, 2008 to October 24, 2008, at 9:00 a.m., with the Petitioner's reply papers due on October 14, 2008 (at Petitioner's request)..

The parties are entering into this stipulation at the request of Petitioner's counsel, who

needs more time to study and respond to the arguments (core issues re statute of limitations and relating back) raised by Respondent in its opposition to the original motion.

This is the first request for a continuance of this motion. Previously, the parties stipulated to enlarge the time for Petitioner to file his reply from September 12, 2008 to September 16, 2008. Petitioner's counsel discovered that he will need much more time to adequately reply to the arguments raised in the opposition.

It is so stipulated.

DATED:   9/19/08                                 /s/
                                        by JERRY Y. FONG, Attorney for
                                        Petitioner EDDIE VARGAS, SR.


DATED:   9/19/08                                 /s/
                                        by GREGORY A. OTT, Attorney for
                                        Respondent MIKE KNOWLES


## ORDER

Pursuant to the parties' stipulation, and good cause appearing herein, it is hereby ordered that the hearing for Petitioner's Motion To Stay is continued from September 26, 2008, to October 24, 2008, at 9:00 a.m. Petitioner's reply papers shall be filed on or before October 14, 2008. It is so ordered.

DATED:   9/22/08                        _____
                                        JUDGE OF THE UNITED STATES
                                        DISTRICT COURT