**E-Filed 7/13/2011**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| EDDIE M. VARGAS, SR., <br><br>  Petitioner, <br><br> v. <br><br> MIKE KNOWLES, Warden, <br><br>  Respondent. | Case Number 5:03-cv-02930-JF <br><br> ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR IN CAMERA STATUS CONFERENCE |

On March 28, 2011, the Court denied without prejudice Petitioner's motion to substitute counsel. At the Court's direction, Petitioner's counsel, Jerry Fong, filed a status report on April 25, 2011. Mr. Fong represented that he and Petitioner had resumed regular communications. On June 23, 2011, chambers staff received a telephone call from an individual who identified herself as Petitioner's girlfriend requesting a meeting with the undersigned to discuss Petitioner's relationship with Mr. Fong.

The matter is HEREBY REFERRED to the duty magistrate judge for the purpose of conducting an *in camera* telephonic status conference with Petitioner and Mr. Fong to determine the status of the attorney-client relationship.

//

1      IT IS SO ORDERED.

2

3   DATED: 7/13/2011

4                                               _____
                                                JEREMY FOGEL
                                                United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| EDDIE M. VARGAS, SR., | Case Number 5:03-cv-02930-JF |
| Petitioner, | |
| v. | CERTIFICATE OF SERVICE |
| MIKE KNOWLES, Warden, | |
| Respondent. | |

    I, the undersigned, hereby certify that I am an employee of the Office of the Clerk, United States District Court, Northern District of California.

    On July 13, 2011, I served a true and correct copy of the attached document on each of the persons hereinafter listed by placing said copy in a postage paid envelope and depositing said envelope in the United States mail, or by placing said envelope in the outgoing mail delivery receptacle located in the Clerk's Office:

Eddie M. Vargas, Sr.1
K-63463, 4-T, #250-L
Sierra Conservation Center
5150 O'Byrnes Ferry Road
Jamestown, CA 95327

DATED:  7/13/2011

For the Court
Richard W.  Weiking, Clerk

By:  _____/s/_____
Diana Munz
Courtroom Deputy Clerk

3

Case No. 5:03-cv-02930-JF
ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR IN CAMERA STATUS CONFERENCE
(JFLC2)