*E-FILED 10-17-2011*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDDIE M. VARGAS, SR., | No. 5:03-cv-02930 EJD (HRL) |
| Petitioner, | **ORDER SETTING *IN CAMERA* TELEPHONE CONFERENCE** |
| v. | |
| MIKE KNOWLES, Warden, | |
| Respondent. / | |

This matter having been referred to a magistrate judge for an *in camera* telephone conference to be held with petitioner and his counsel, Jerry Fong, IT IS ORDERED THAT:

1. The *in camera* telephone conference is set for October 31, 2011, 10:30 a.m. It is expected that the phone conference will last no more than one hour.

2. The appropriate officials at the Sierra Conservation Center State Prison shall make all necessary arrangements for petitioner to have access to a telephone during the allotted time for the conference call.

3. Mr. Fong shall serve a copy of this order on the prison and file a proof of service with the court.

4. Mr. Fong shall make necessary arrangements for a conference call and provide

1 the dial-in number (and any passcode) to the undersigned's staff and to petitioner.

2 Dated: October 17, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

1 | 5:03-cv-02930-EJD A copy of this order has been sent by U.S. Mail to:

2 | Eddie M. Vargas, Sr.
K-63463, 4-T #250-L
3 | Sierra Conservation Center
5150 O'Byrnes Ferry Road
4 | Jamestown, CA 95327

**United States District Court**
For the Northern District of California