***E-FILED 10-31-2011***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDDIE M. VARGAS, SR., | No. 5:03-cv-02930 EJD (HRL) |
| Petitioner, | **REPORT RE *IN CAMERA* TELEPHONIC CONFERENCE** |
| v. | |
| MIKE KNOWLES, Warden, | |
| Respondent. | |

The court held an *in camera* telephone conference on October 31, 2011 between petitioner Eddie Vargas and his counsel, Jerry Fong. The status of their attorney-client relationship was discussed and suggestions were made for improved communication. There has been no renewed request for substitution of counsel. And, at this point, the court sees no need for new counsel.

Dated: October 31, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:03-cv-02930-EJD A copy of this order has been sent by U.S. Mail to:

2  Eddie M. Vargas, Sr.
K-63463, 4-T #250-L
3  Sierra Conservation Center
5150 O'Byrnes Ferry Road
4  Jamestown, CA 95327