1 JERRY Y. FONG, ESQ. (SBN 99673)
CAREY & CAREY
2 706 COWPER STREET
P.O. BOX 1040
3 PALO ALTO, CA 94302-1040
650/328-5510
4 650/853-3632 fax

5 Attorneys for Petitioner EDDIE VARGAS, SR.

6

7

8                 UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11

| | |
|---|---|
| EDDIE VARGAS, SR., | CASE NO. C-03-02930 EJD |
| Petitioner, | STIPULATION OF THE PARTIES TO REQUEST ORDER EXTENDING TIME TO FILE JOINT STATEMENT RE STATUS OF THE CASE & [PROPOSED] ORDER RE SAME. |
| vs. | |
| MIKE KNOWLES, Warden, | |
| Respondent. | |

17

18       Petitioner Eddie Vargas and Respondent Mike Knowles, through their respective

19 attorneys of record, hereby submit this joint stipulation to request that the Court grant an

20 extension of time for the parties to work together to file a joint statement regarding the status

21 of this case.

22       The attorneys of the parties have been in communication over the Court's order for

23 a joint statement (to be filed on November 30, 2011), and the parties have exchanged ideas,

24 including legal positions regarding the procedural posture of this matter. The parties jointly

25 believe that an additional 45 days or so will be helpful to allow the parties to work on the

26 joint statement and to attempt to identify and resolve, if possible, certain issues relating to

27 the status of the case.

28       Accordingly, the parties respectfully and jointly request that the Court extend the time

to file the joint statement re status, from November 30, 2011 to January 18, 2012.

DATED: November 29, 2011  Respectfully submitted,

CAREY & CAREY

_____/S/_____
by JERRY Y. FONG, Attorney for
Petitioner EDDIE VARGAS, SR.

DATED: November 29, 2011  Respectfully submitted,

THE ATTORNEY GENERAL'S OFFICE
FOR THE STATE OF CALIFORNIA

_____/S/_____
by GREGORY A. OTT, Attorney for
Respondent MIKE KNOWLES

### [PROPOSED] ORDER

Pursuant to the parties' stipulation and good cause appearing herein, it is hereby ordered that the joint request to extend the time to file the joint status statement shall be granted, and the parties shall file their joint status statement by January 18, 2012. It is so ordered.

DATED: November 30, 2011

JUDGE OF THE UNITED STATES
DISTRICT COURT