1  JERRY Y. FONG, ESQ. (SBN 99673)
   CAREY & CAREY
2  706 COWPER STREET
   P.O. BOX 1040
3  PALO ALTO, CA  94302-1040
   650/328-5510
4  650/853-3632 fax

5  Attorneys for Petitioner EDDIE VARGAS, SR.

6

7

8              UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

12  EDDIE VARGAS, SR.,           )    CASE NO.   C-03-02930 EJD
                                 )
13         Petitioner,           )    SECOND STIPULATION FOR TO
                                 )    REQUEST ORDER EXTENDING TIME
14  vs.                          )    TO FILE JOINT STATEMENT RE
                                 )    STATUS OF THE CASE &
15  MIKE KNOWLES, Warden,        )    [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER RE SAME.
                                 )
16         Respondent.           )
                                 )

17

18     Petitioner Eddie Vargas and Respondent Mike Knowles, through their respective

19 attorneys of record, hereby submit this joint stipulation to request that the Court grant a

20 second extension of time for the parties to work together to file a joint statement regarding

21 the status of this case.

22     The parties have been engaged in good faith communication and mutually agreed that

23 they will need another two (2) weeks to complete their discussions and negotiations

24 regarding the preparation and submission of the joint statement requested by the Court.

25 There are legal and factual matters which the parties still need to attempt to resolve before

26 submitting the joint statement. The case is complex and involves a substantial record and

27 number of issues. The joint statement is currently due on January 18, 2012. This is a second

28 joint request for an extension of time.

1  Accordingly, the parties respectfully and jointly request that the Court extend the time
2  to file the joint statement re status, from January 18, 2012 to February 1, 2012.

4  DATED:      January 18, 2012          Respectfully submitted,
5                                        CAREY & CAREY

7                                        _____/S/_____
8                                        by JERRY Y. FONG, Attorney for
                                         Petitioner EDDIE VARGAS, SR.

11 DATED:      January 18, 2012          Respectfully submitted,
12                                       THE ATTORNEY GENERAL'S OFFICE
                                         FOR THE STATE OF CALIFORNIA

16                                       _____/S/_____
                                         by GREGORY A. OTT, Attorney for
                                         Respondent MIKE KNOWLES

19                          [~~PROPOSED~~] ORDER

20 Pursuant to the parties' stipulation and good cause appearing herein, it is hereby
21 ordered that the joint request to extend the time to file the joint status statement shall be
22 granted, and the parties shall file their joint status statement by February 1, 2012. It is so
23 ordered.

26 DATED: January 19, 2012          _____
27                                  JUDGE OF THE UNITED STATES
                                    DISTRICT COURT