**\*E-FILED:  June 25, 2012\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

EDDIE M. VARGAS, SR.,

        Petitioner,

  v.

MIKE KNOWLES, Warden,

        Respondent.

_____/

No. 5:03-cv-02930 EJD (HRL)

**ORDER SETTING *IN CAMERA*
TELEPHONE CONFERENCE**

    This matter having been referred to the undersigned for a second *in camera* telephone conference to be held with petitioner and his counsel, Jerry Fong, to determine the status of the attorney-client relationship, IT IS ORDERED THAT:

    1.    No later than **July 12, 2012**, Mr. Fong shall lodge an *in camera* status report with the undersigned's chambers (with a copy to be given to petitioner).

    2.    The *in camera* telephone conference is set for **July 19, 2012, 10:00 a.m.**  It is expected that the phone conference will last no more than one hour.

    3.    The appropriate officials at the R. J. Donovan Correctional Facility shall make all necessary arrangements for petitioner to have access to a telephone during the allotted time for the conference call.

    4.    Mr. Fong shall serve a copy of this order on the prison and file a proof of service with the court.

5.     Mr. Fong shall make necessary arrangements for a conference call and provide the dial-in number (and any passcode) to the undersigned's staff and to petitioner.

Dated: June 25, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

2

5:03-cv-02930-EJD A copy of this order has been sent by U.S. Mail to:

Eddie M. Vargas, Sr.
K-63463, B-8 #137-L
R.J. Donovan Correctional Facility
P.O. Box 799002
San Diego, CA 92179-9002

**United States District Court**
For the Northern District of California