United States District Court
For the Northern District of California

***E-FILED: August 20, 2012***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

EDDIE M. VARGAS, SR.,

Petitioner,

v.

MIKE KNOWLES, Warden,

Respondent.

______________________________________/

No. 03-cv-02930 EJD (HRL)

**ORDER RE-SETTING *IN CAMERA* TELEPHONE CONFERENCE**

The previously scheduled *in camera* telephone conference with petitioner Eddie M. Vargas and attorney Jerry Fong is re-set as follows:

1. The *in camera* telephone conference is set for **August 30, 2012, 10:00 a.m.** It is expected that the phone conference will last no more than one hour.

2. The appropriate officials at the R. J. Donovan Correctional Facility shall make all necessary arrangements for petitioner to have access to a telephone during the allotted time for the conference call.

3. Mr. Fong shall serve a copy of this order on the prison and file a proof of service with the court.

4. Mr. Fong shall make necessary arrangements for a conference call and provide

the dial-in number (and any passcode) to the undersigned's staff and to petitioner.

Dated: August 20, 2012

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

United States District Court
For the Northern District of California

5:03-cv-02930-EJD A copy of this order has been sent by U.S. Mail to:

Eddie M. Vargas, Sr.
K-63463, B-8 #137-L
R.J. Donovan Correctional Facility
P.O. Box 799002
San Diego, CA 92179-9002

United States District Court
For the Northern District of California