*E-FILED: September 11, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDDIE M. VARGAS, SR., | No. 03-cv-02930 EJD (HRL) |
| Petitioner, | **REPORT AND RECOMMENDATION RE** *IN CAMERA* **STATUS CONFERENCE** |
| v. | |
| MIKE KNOWLES, Warden, | |
| Respondent. | |

Pursuant to Judge Davila's referral order, on August 30, 2012 this court conducted an *in camera* telephonic conference to determine the status of the attorney-client relationship between petitioner and attorney Jerry Fong.

Having listened to both sides, this court is satisfied that there are irreconcilable differences that have arisen between petitioner and Mr. Fong. Accordingly, this court recommends that (1) a new attorney on the CJA panel[1] be appointed for petitioner and (2) Mr. Fong be relieved as counsel of record upon the appointment of petitioner's new attorney.

Dated: September 11, 2012

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

---

[1] This court is informed that an attorney by the name of Traci S. Mason was contacted on petitioner's behalf; that Mason reportedly expressed interest in representing petitioner; and that Mason might be on the CJA panel. It is this court's understanding, however, that CJA appointments ordinarily go to the next qualified attorney on the CJA panel list.

1  5:03-cv-02930-EJD A copy of this order has been sent by U.S. Mail to:

2  Eddie M. Vargas, Sr.
   K-63463, B-8 #137-L
3  R.J. Donovan Correctional Facility
   P.O. Box 799002
4  San Diego, CA 92179-9002