IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDDIE M. VARGAS, SR., | CASE NO. 5:03-cv-02930 EJD |
| Plaintiff(s), | **ORDER CONTINUING STATUS CONFERENCE** |
| v. | |
| MIKE KNOWLES, Warden, | |
| Defendant(s). | |

Having reviewed the parties' Joint Status Conference Statement (see Docket Item No. 232), the court has determined that a status conference is premature at this time.

Accordingly, the Status Conference scheduled for May 30, 2014, is CONTINUED to **10:00 a.m. on August 1, 2014.** The parties shall file an updated Joint Status Conference Statement on or before **July 25, 2014.**

**IT IS SO ORDERED.**

Dated: May 23, 2014

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:03-cv-02930 EJD
ORDER CONTINUING STATUS CONFERENCE