IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDDIE M. VARGAS, | CASE NO. 5:03-cv-02930 EJD |
| Plaintiff(s), | **ORDER VACATING STATUS CONFERENCE** |
| v. | |
| MIKE KNOWLES, Warden, | |
| Defendant(s). | |

Having reviewed the parties' joint statement (<u>see</u> Docket Item No. 234), and in light of the related proceedings before the California Supreme Court, the court has determined that a Status Conference is premature at this time. Accordingly, the Status Conference scheduled for August 1, 2014, is VACATED.

In addition, since it is unknown when the California Supreme Court will render its decision on Plaintiff's pending habeas petition, the court orders the Clerk to ADMINISTRATIVELY CLOSE this file. Within 10 days of the filing of the California Supreme Court's decision on Plaintiff's habeas petition, the parties shall file a Joint Notice informing the court of such development and shall request that this matter be reopened and that a Case Management Conference be scheduled.

**IT IS SO ORDERED.**

Dated: July 29, 2014

EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:03-cv-02930 EJD
ORDER VACATING STATUS CONFERENCE