1  KAMALA D. HARRIS
   Attorney General of California
2  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
3  GREGORY A. OTT
   Deputy Attorney General
4  State Bar No. 160803
    455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA  94102-7004
    Telephone:  (415) 703-5964
6    Fax:  (415) 703-1234
    E-mail:  Gregory.Ott@doj.ca.gov
7  *Attorneys for Respondent*

**IT IS SO ORDERED AS MODIFIED**
Judge Edward J. Davila
DATED: 12/4/2014

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **EDDIE VARGAS, SR.,** | C 03-2930 EJD |
| Petitioner, | JOINT REQUEST FOR STATUS HEARING |
| v. | |
| **MIKE KNOWLES, Warden,** | |
| Respondent. | |

    Pursuant to the Clerk's Notice of July 29, 2014 (Doc. 233), Petitioner and Respondent, jointly through counsel, submit the following:

    1.    Proceedings in this matter have been delayed due to the need for Petitioner to exhaust his State Court remedies.

    2.    On July 29, 2014 this Court ordered the Clerk to administratively close the file, pending a decision from the California Supreme Court on petitioner's unexhausted claims.  This Court ordered the parties to file a joint notice within ten days of the Court's decision on Petitioner's claims requesting that the matter be reopened and that a Case Management conference be scheduled.

1

3.   On November 12, 2014, the California Supreme Court DENIED petitioner's claims. A copy of that Notice is attached hereto as Exhibit 1.

4.   Therefore, pursuant to the Court's July 29 order, the parties respectfully request that this mater be reopened, and that a Status Conference be scheduled.  In addition, counsel for Respondent, Mr. Gregory Ott, respectfully requests permission to appear by telephone for the status conference hearing.

Dated:  December 3, 2014.                    Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
PEGGY S. RUFFRA
Supervising Deputy Attorney General

GREGORY A. OTT
Deputy Attorney General
*Attorneys for Respondent*

PETER A. LEEMING
*Attorney for Petitioner*

SF2004FH0255
Document in ProLaw

2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **EDDIE VARGAS, SR.,** | C 03-2930 EJD |
| Petitioner, | [PROPOSED] ORDER AS MODIFIED |
| v. | |
| **MIKE KNOWLES, Warden,** | |
| Respondent. | |

Pursuant to the parties' joint request, it is hereby Ordered that the above matter is REOPENED and that a Case Management Conference is set for February 5, 2015 at 10:00 AM. The parties shall file a joint case management conference statement on or before January 29, 2015.

Dated: __12/4/2014__                    _____
                                        Hon. Edward J. Davila
                                        United States District Judge