IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDDIE VARGAS, SR.,** | No. C 03-2930 EJD |
| Petitioner, | [PROPOSED] ORDER VACATING CASE MANAGEMENT CONFERENCE |
| v. | |
| **MIKE KNOWLES, Warden,** | |
| Respondent. | |

Good cause appearing, IT IS HEREBY ORDERED that Petitioner shall file, within sixty (60) days of the filing date of this Order, a Motion to Amend the Petition for Writ of Habeas Corpus. Respondent shall file an Opposition to the motion or Statement of Non-Opposition within fifteen (15) days of the filing date of the motion to amend. If Respondent opposes the motion to amend, Petitioner shall file a Reply within seven (7) days of the filing date of the opposition.

Respondent shall file, within sixty (60) days of the filing date of this Court's order deciding Petitioner's motion to amend, a Supplemental Answer responding to any claims newly added to the habeas petition by Petitioner's motion to amend. Petitioner shall have thirty (30) days from the filing date of any answer to file a Supplemental Traverse.

1  Dated: February 3, 2015                    _____
2                                              EDWARD J. DAVILA
                                               United States District Judge

3  The Case Management Conference scheduled for February 5, 2015, is VACATED.